

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00528-CV

**IN RE** John **EBIN** and Joyce O'Connor

Original Mandamus Proceeding[1]

## ORDER

On August 5, 2019, relators filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition, the response, and the record, we conclude relators are entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART AND DENIED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Rex Emerson is ORDERED to vacate his August 2, 2019 "Order on Defendant's Motion to Strike the Testimony and Report of Derek Steiner." The writ will issue only if we are notified that Judge Emerson has not complied within fifteen days from the date of this order. All other relief requested by relators is DENIED. The stay imposed on August 5, 2019 is LIFTED.

It is so **ORDERED** on November 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17365B, styled *Joyce O'Connor and John C. Ebin v. USAA Casualty Insurance Company and Kimberly Schaeffer*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.